663 A.2d 1350

MARY A. CONNOR, ETC. v. EDWARD J. FLYNN.

June 9, 1995.

## ORDER

This matter having come before the Court on a claim of an appeal as of right based on *Rule* 2:2–1(a)(1), and the Court having reviewed the submissions of the parties, and good cause appearing;

It is ORDERED that the appeal is dismissed for failure to state a substantial constitutional question. See *Tidewater Oil Co. v. Mayor and Council of Carteret,* 44 *N.J.* 338, 341–342, 209 *A.*2d 105 (1965); *Piscataway Assoc., Inc. v. Township of Piscataway,* 73 *N.J.* 546, 549, 376 *A.*2d 527 (1977).

663 A.2d 1350

FRANCES J. CURCIO v. BOARD OF REVIEW.

June 9, 1995.

## ORDER

This matter having come before the Court on a claim of an appeal as of right based on *Rule* 2:2–1(a)(1), and the Court having reviewed the submissions of the parties, and good cause appearing;

It is ORDERED that the appeal is dismissed for failure to state a substantial constitutional question. See *Tidewater Oil Co. v. Mayor and Council of Carteret,* 44 *N.J.* 338, 341–342, 209 *A.*2d 105 (1965); *Piscataway Assoc., Inc. v. Township of Piscataway,* 73 *N.J.* 546, 549, 376 *A.*2d 527 (1977).